**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In Re:
    Tarik K. Hassan                        )
                                                  ) Case #18-13743-BFK
        Debtor.                     ) Chapter 7
                                                  )

Debtor's Response to Trustee's Objection to Exemptions

1. On January 24, 2019, Debtor amended his schedules B and C to exempt 75% of all lost disposable earnings, pursuant to Code of Virginia, Section 34-29.

2. Trustee's objection with respect to the exemption of lost pre-petition disposable earnings in excess of 25% of the total amount therefore, awarded or settled, clearly contravenes the specific code language and should be overruled, under code of Virginia, Section 34-29..

3. Future lost wages are not proceeds of the estate pursuant to 11 USC, Section 541 (a)(16).

4. Debtor's personal injury claim is exempt under code of Virginia, Section 34-28.1.

5. Debtor's personal injury claim is currently unliquidated and unresolved..

6. No lawsuit has yet been filed accordingly, Debtor requests that:

    (A) the trustee's objection be overruled, or

    (B) the trustee's objection be continued until the claim has been liquidated and the specific damages to be compensated have been itemized by a settlement agreement or Court order of judgment.

Date: January 28, 2019                        Tarik K. Hassan, Debtor
                                                    By Counsel

/s/*John D. Sawyer*
John D. Sawyer, Esq.
Sawyer & Azarcon, P.C.
10605 B-2 Judicial Drive
Fairfax, Va 22030
(703) 893-0760
VA State Bar No.28170
Counsel for Debtor

Certificate of Service

I hereby certify that I have this 28th day of January, 2019, mailed or hand-delivered a true copy of the foregoing Response to:

Bradley D. Jones, Esq.
Odin, Feldman, & Pittleman, P.C.
1775 Wiehle Ave., Suite 400,
Reston, VA 20190

Donald F. King, Esq.
Odin, Feldman, & Pittleman, P.C.
1775 Wiehle Ave., Suite 400,
Reston, VA 20190

/s/ *John D. Sawyer*
John D. Sawyer, Esq.

[Hassan.Response]